# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Wesley Craig Hickman                    Docket No. 5:09-CR-128-3BO

### Petition for Action on Supervised Release

COMES NOW Eddie J. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Wesley Craig Hickman, who, upon an earlier plea of guilty to 21 U.S.C. § 841(c)(1) and 18 U.S.C. § 2, Possession of Pseudoephadrine with Intent to Manufacture Methamphetamine and Aiding and Abetting, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on October 23, 2009, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. On May 3, 2012, pursuant to a Rule 35 Motion, the court reduced the imprisonment sentence to 80 months.

Wesley Craig Hickman was released from custody on March 4, 2015, at which time the term of supervised release commenced. On August 28, 2015, a violation report was submitted to the court reporting that the defendant was charged in Wake County, NC, with the offense of Simple Assault (15CR751503) on August 21, 2015. On August 29, 2015, the court agreed to continue supervision until the case was adjudicated in state court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 13, 2016, the defendant pled guilty to Simple Assault (15CR751503) in Wake County District Court. Hickman was sentenced to 30 days in jail, suspended, and placed on 12 months unsupervised probation, given a $50 fine and $180 court costs. As a result of this conviction, we feel the defendant could benefit from anger management counseling.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of anger management treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt<br>Robert K. Britt<br>Senior U.S. Probation Officer | /s/ Eddie J. Smith<br>Eddie J. Smith<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: 910-354-2537<br>Executed On: January 19, 2016 |

Wesley Craig Hickman
Docket No. 5:09-CR-128-3BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __21__ day of __January__, 2016 and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge